# *IN THE DISTRICT COURT OF THE UNITED STATES*

## *for the Western District of New York*

NOVEMBER 2014 GRAND JURY
(Impaneled November 7, 2014)

**THE UNITED STATES OF AMERICA**

*-vs-*

**JOSUE JOEL CASTANEDA-CUYUCH**

INDICTMENT

**Violation:**
Title 8, United States Code, Section 1326(a)
(1 Count)

### COUNT 1

**(Reentry of Removed Alien)**

**The Grand Jury Charges That:**

On or about September 11, 2014, in the Western District of New York, the defendant, JOSUE JOEL CASTANEDA-CUYUCH, an alien who had previously been deported and removed from the United States on or about August 20, 2010, was found in the United States without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security, to reapply for admission to the United States.

**All in violation of Title 8, United States Code, Section 1326(a)**.


**DATED**:  Buffalo, New York, December 17, 2014.


                WILLIAM J. HOCHUL, JR.
                United States Attorney


     BY:    S/MARIE P. GRISANTI
                Assistant United States Attorney
                United States Attorney's Office
                Western District of New York
                138 Delaware Avenue
                Buffalo, New York 14202
                (716) 843-5818
                Marie.grisanti@usdoj.gov


A TRUE BILL:

S/FOREPERSON